TIBCO Software Inc., v. Borland Software Corporation et al
Doc. 6
Case 3:06-cv-05359-SI   Document 6   Filed 09/07/2006   Page 1 of 2

Scott D. Baker (SBN 84923)
Jonah D. Mitchell (SBN 203511)
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA 94120-7936

Telephone: 415.543.8700
Facsimile: 415.391.8269

Attorneys for Plaintiff TIBCO Software Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIBCO SOFTWARE INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BORLAND SOFTWARE CORPORATION, a Delaware corporation, and STARBASE CORPORATION, a Delaware corporation,<br><br>Defendant. | No.: C 06-5359 SI<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

1   PLEASE TAKE NOTICE THAT, pursuant to Federal Rule of Civil Procedure 41(a),
2   Plaintiff TIBCO Software Inc. hereby dismisses the above-captioned action with prejudice.
3
4   DATED: September 6, 2006.
5                                   REED SMITH LLP
6
7                                   By     /s/ Jonah D. Mitchell
                                       Jonah D. Mitchell
8                                      Attorneys for Plaintiff
                                       TIBCO Software, Inc.

**IT IS SO ORDERED**

*Judge Susan Illston*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA